Entered: June 30, 2006
Signed: June 30, 2006
**SO ORDERED
FOLLOWING NOTICE AND A HEARING ON THIS
MOTION**

Case 05-01678    Doc 23    Filed 06/30/06    Page 1 of 2

_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| FIRSTPAY, INC. | * | Case No. 03-30102-PM |
| | * | (Chapter 7) |
| Debtor | * | |

*******************************************************************************

| | | |
|---|---|---|
| MICHAEL G. WOLFF, TRUSTEE | * | |
| Plaintiff, | * | |
| vs. | * | Adversary No. 05-01678-PM |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC. | * | |
| | * | |
| Defendant | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT

Upon consideration of the Trustee's Motion for Approval of Settlement (the "Motion"), notice having been provided to creditors and other parties in interest, the period for objecting to the Motion having expired, no objections to the Motion having been received, the Court having considered this matter fully and having determined that sufficient cause exists to grant the

Trustee's Motion, it is, this day, by the United States Bankruptcy Court for the District of Maryland,

    ORDERED, that the Motion be and hereby is GRANTED; and it is further

    ORDERED, that the Trustee is authorized to consummate the settlement under the terms set out in the Motion; and it is further

    ORDERED, that the Trustee is authorized to execute any documents consistent with and necessary to carry out the terms of the settlement agreement between the parties.

cc:    Jeffrey M. Orenstein, Esq.
       Goren, Wolff & Orenstein, LLC
       Shady Grove Plaza
       15245 Shady Grove Road, Suite 465
       Rockville, Maryland 20850

       Lori Simpson, Esq.
       Bishop, Daneman & Simpson, LLC
       2 N. Charles Street
       Suite 500
       Baltimore, Maryland 21201

       Eugene J. Chikowski, Esq.
       Flaster/Greenberg
       8 Penn Center
       1628 JFK Boulevard
       15th Floor
       Philadelphia, Pennsylvania 19103

       Office of the United States Trustee
       6305 Ivy Lane
       Suite 600
       Greenbelt, Maryland 20770

**END OF ORDER**